**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**GENE STUBBLEFIELD**

      **PLAINTIFF**

**VS.**                                 **NO. 2:08-cv-00224-WAP-DAS**

**RIH ACQUISITIONS MS II, LLC and**
**RIH ACQUISITIONS MS I, LLC**

      **DEFENDANTS**

### AGREED ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION

This cause comes before the Court upon the parties' *ore tenus* motion to extend the deadline to respond to the Defendants' Motion to Dismiss and Compel Arbitration. After due consideration, the Court finds as follows, to-wit:

The plaintiff filed his Complaint [1-1] on October 17, 2008, and later filed an Amended Complaint [7-1] on January 12, 2009. Defendants filed a Motion to Dismiss and Compel Arbitration [9-1] on February 6, 2009. Counsel for Plaintiff and Defendant are engaged in good-faith negotiations to reach a consent to the pending Motion to Dismiss and Defendant has agreed, to accommodate the scheduling conflicts of Plaintiff's Counsel, to allow an extension of time to respond to the Motion to Dismiss and Compel Arbitration until, and including, March 4, 2009.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

The deadline to respond to defendants' Motion to Dismiss and Compel Arbitration [9-1] is hereby extended until, and including, March 4, 2009;

**SO ORDERED** this the 17th day of February, A.D., 2009.

1

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


**AGREED TO:**

s/ Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
101 North Highland Avenue
Jackson, Tennessee 38301
Phone: (731) 664-1340
Fax: (731) 664-1540
jgilbert@gilbertfirm.com


s/ Robert T. Jolley
Steven R. Cupp (MSB No. 99975)
Robert T. Jolly (MSB No. 102241)
WATKINS LUDLAM WINTER & STENNIS, P.A.
2510 14th Street, Suite 1125
P.O. Box 160(39502-0160)
Gulfport, Mississippi 39501
(228) 864-3094